UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                                  :

v.                                           :

                                                  :

GILBERTO OSORIO SARCENO,                      :
                       Defendant.                    :

-------------------------------------------------------x

**ORDER ACCEPTING**
**PLEA ALLOCUTION**

26 CR 133 (VB)

      The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record.   The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated April 03, 2026, is approved and accepted, and the defendant is adjudged guilty of the offense charged in the information.

      The Clerk is directed to enter the guilty plea.

Dated: June 9, 2026
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge